UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GINA M. ALONGI, as she is ADMINISTRATOR, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, ANNUITY AND SAVINGS FUNDS, LABOR-MANAGEMENT COOPERATION TRUST and PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUND,<br><br>        Plaintiffs,<br><br>vs.<br><br>FRANCIS HARVEY & SONS, INC.<br><br>        Defendant,<br><br>AND<br><br>GILBANE BUILDING COMPANY, LEE KENNEDY CO., INC., SKANSKA (U.S.A.) INC., J.H. MAXYMILLIAN, INC., BABCOCK & WILCOX CONSTRUCTION CO., INC, GUARANTY MANAGEMENT COMPANY, INC., TURNER CONSTRUCTION COMPANY, CONSIGLI CONSTRUCTION CO.INC., RAGNAR BENSON, LLC, DANIEL O'CONNELL'S SONS INC., THE WHITING-TURNER CONTRACTING COMPANY, SUFFOLK CONSTRUCTION COMPANY, INC. DIMEO CONSTRUCTION COMPANY AND NEW ENERGY ALLIANCE, LLC.,<br><br>        Reach and Apply Defendants. | CIVIL ACTION NO.  1:12-cv-11000-RWZ |

## MOTION OF LIBERTY MUTUAL SURETY TO CORRECT PARTY NAME

      Intervenor Liberty Mutual Surety ("Liberty") hereby moves to correct the docket to reflect the correct corporate name of this party.

In support of its motion, Liberty Mutual Surety states that it is a division of Liberty Mutual Insurance Company and not a separate and distinct corporation. Accordingly, the correct name of the entity filing the Motion to Intervene is Liberty Mutual Insurance Company. In further support of its motion, Liberty Mutual Surety states that no parties will be prejudiced by its motion.

WHEREFORE, Intervenor Liberty Mutual Surety respectfully requests that the Court correct and change the name of this party on the docket to "Liberty Mutual Insurance Company."

Respectfully submitted,

LIBERTY MUTUAL SURETY

By Its Attorneys,

　　/s/ CharCretia V. Di Bartolo
Bradford R. Carver, BBO #565396
　bcarver@hinshawlaw.com
CharCretia V. Di Bartolo, BBO #560051
　cdibartolo@hinshawlaw.com
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109-1775

Date:　July 16, 2012　　617-213-7000

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 16, 2012.

　　*/s/ CharCretia V. Di Bartolo*
　　CharCretia V. Di Bartolo

34232839v1 0929161